IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 91-cv-1344-ZLW-CBS

WILLIE T. HAYES,

    Plaintiff,

v.

MEMBERS OF THE SPECIAL OPERATIONS RESPONSE
TEAM OF JANUARY 24, 1991,

    Defendants.

---

## MINUTE ORDER

---

ORDER ENTERED BY JUDGE ZITA L. WEINSHIENK

Joan E. Boline, Judicial Assistant

Dated: November __18__, 2005


    It is ORDERED that Plaintiff's Motion For Copy Of Court Order is granted, and the Clerk of the Court shall send Plaintiff a copy of the Order signed on June 21, 2002 (Doc. No. 167), to his address of Box 2000, Burlington, CO 80807.  Plaintiff is advised that the court file will need to be ordered in from the Federal Records Center in order to make a copy, so mailing may not be immediate.